UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 2:25-cr-68-KCD-DNF

MYLES ANDREW STRICKLAND

### PRELIMINARY ORDER OF FORFEITURE

The United States moves for a Preliminary Order of Forfeiture for the Beretta, Model 92X pistol with a serial number of 92X0047532 and ammunition seized from the defendant on or about February 12, 2025.

Being fully advised of the relevant facts, the Court finds that the firearm and ammunition, identified above, were involved in the offense charged in Counts One, and Three of the Superseding Indictment, for which the defendant was found guilty.

The United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the assets identified above are **FORFEITED** to the United States for disposition according to law. This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings and to enter any further order necessary for the

forfeiture and disposition of such property.

    **ORDERED** in Fort Myers, Florida, on January 14, 2026.

        KYLE C. DUDEK
        UNITED STATES DISTRICT JUDGE

Copies:
Suzanne C. Nebesky, AUSA
Counsel of Record