UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 2:25-cr-68-KCD-DNF

MYLES ANDREW STRICKLAND

## FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), for a final order of forfeiture for the Beretta Model 92X pistol with a serial number of 92X0047532 and ammunition, seized from the defendant on or about February 12, 2025, which was subject to a January 14, 2026 preliminary order of forfeiture (Doc. 96).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from January 15, 2026, and ending on February 13, 2026, the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov. Doc. 98. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate their interests within 60 days of the first date of publication. No persons or entities filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in

the assets are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.  Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Fort Myers, Florida, this 25th day of March, 2026.

KYLE C. DUDEK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record